UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   15-cr-00482-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEOBARDO VALLE,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, January 8, 2016,** and responses to these motions shall be filed by **Monday, January 18, 2016.**  It is

FURTHER ORDERED that a final trial preparation conference is set for **Wednesday, January 20, 2016, at 2:00 p.m.** and a 3-day jury trial is set to commence on **Monday, February 8, 2016, at 9:00 a.m. in Courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on motions needs to be set.

Dated:  December 29, 2015.

                  BY THE COURT:

                  */s/ Wiley Y. Daniel*
                  Wiley Y. Daniel
                  Senior United States District Judge