**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00482-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  LEOBARDO VALLE**,

    Defendant.

---

ORDER FOR TIME SERVED

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on March 1, 2016, it is hereby

    ORDERED that Defendant Leobardo Valle is sentenced to **TIME SERVED.**

    Dated:  March 1, 2016.

                                                BY THE COURT:

                                                */s/ Wiley Y. Daniel*
                                                WILEY Y. DANIEL,
                                                SENIOR UNITED STATES DISTRICT JUDGE